RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta
Pro Se 1 (Rev 12/16) Complaint for a Civil Case

DEC 27 2023

KEVIN P. WEIMER, Clerk
By:  Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

Atlanta Division

**1:23 -CV- 5974**

| | |
|---|---|
| Brent Sebastian Nelson dba<br>BRENT SEBASTIAN NELSON dba<br>Brent Sebastian Nelson Living Trust | ) Case No.<br>)<br>) _____<br>) *(to be filled in by the Clerk's Office)*<br>) |
| *Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | )<br>) Jury Trial: *(check one)* ☐ Yes ✔ No<br>)<br>)<br>) |
| -v- | )<br>) |
| Matthew Sayle dba<br>MATTHEW SAYLE dba<br>THE GEORGIA GAZETTE LLC & all owners and<br>**subsidiaries** | )<br>)<br>)<br>) |
| *Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | )<br>)<br>)<br>) |

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Brent Sebastian Nelson |
| Street Address | c/o 5181 West Mountain Street, Suite 876 |
| City and County | Stone Mountain, Dekalb |
| State and Zip Code | Georgia  30083-3507 |
| Telephone Number | (404) 386-3563 |
| E-mail Address | brentsnelson@yahoo.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Matthew Sayle |
| Job or Title *(if known)* | Owner of THE GEORGIA GAZETTE LLC |
| Street Address | 3754 Highway 17 |
| City and County | Richmond Hill, Bryan |
| State and Zip Code | Georgia  31324 |
| Telephone Number | (912) 226-0111 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question            ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
17 US Code section 501

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   
   The plaintiff, *(name)* Brent Sebastian Nelson, is a citizen of the State of *(name)* Georgia.

   b. If the plaintiff is a corporation
   
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   
   The defendant, *(name)* Matthew Sayle, is a citizen of the State of *(name)* Georgia. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, *(name)* THE GEORGIA GAZETTE LLC, is incorporated under the laws of the State of *(name)* Georgia, and has its principal place of business in the State of *(name)* Georgia.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
$25 Million USD
Defendants are using the intellectual property of a trust without consent and refused to remove it when asked.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Matthew Sayle or other unknown owners through their company THE GEORGIA GAZETTE LLC are administering a private foreign trust without proper consent. When asked to remove our intellectual copy-written property, the owner, Matthew Sayle said "he received our multiple complaints, it was gibberish and that he agrees that Plaintiff should file suit against him and his company."

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Not only has this breach of trust, copyright infringement caused the Plaintiff who is a natural man, harm, injury, loss, but depression, mental anguish and anxiety as well. Defendant/s have not been granted consent nor jurisdiction to administer this private estate nor it's assets!
Relief sought:
Plaintiff respectfully asks for $25 Million USD from the Defendant/s in punitive damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**V.     Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.     For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12-26-2023

Signature of Plaintiff   Brent-Sebastian: Akbar, beneficiary
Printed Name of Plaintiff

**B.     For Attorneys**

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

# UCC-3

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)**
US SECRETARY OF TREASURY    2026222000

**B. E-MAIL CONTACT AT SUBMITTER (optional)**

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)
Janet Yellen
1500 Pennsylvania Ave NW
Washington, DC, DC 20220

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

Filing office stamp:
MD DEPT. OF ASSESSMENTS & TAXATION NS
231226-1430000
Date: 12/26/2023
Time: 2:30 PM
Page Count: 2 Pg
Debtor Count: 2
Filing Fees: $25.00
Electronic Records Access: $0.00
Total: $25.00
Order ID#: 67277126

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
231026-0146000

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT:** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9 For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☒ **PARTY INFORMATION CHANGE:**
Check one of these two boxes:
This Change affects ☒ Debtor or ☐ Secured Party of record
AND Check one of these three boxes to:
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☒ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)
6a. ORGANIZATION'S NAME:
OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)
7a. ORGANIZATION'S NAME:
OR 7b. INDIVIDUAL'S SURNAME: **Sayle**
INDIVIDUAL'S FIRST PERSONAL NAME: **Matthew**
INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S):
SUFFIX:

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 3754 Highway 17 | Richmond Hill | GA | 31324 | US |

**8. COLLATERAL CHANGE:** Check only one box:
☒ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN* collateral
* Check ASSIGN COLLATERAL only if the assignee's power to amend the record is limited to certain collateral and describe the collateral in Section 8

Indicate collateral:

https://cdn.thegeorgiagazette.com/wp-content/uploads/2020/11/image-020-16.jpg

https://cdn.thegeorgiagazette.com/wp-content/uploads/2023/05/NELSON-BRENT-SEBASTIAN.jpg

Valued at 1000 pounds of 24 karat gold.

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor
9a. ORGANIZATION'S NAME: **BRENT S NELSON LIVING TRUST**
OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

**10. OPTIONAL FILER REFERENCE DATA:**
LAWFUL NOTICE

(Rev. 07/01/23)

# UCC-3AP

**UCC FINANCING STATEMENT AMENDMENT ADDITIONAL PARTY**
FOLLOW INSTRUCTIONS

**19. INITIAL FINANCING STATEMENT FILE NUMBER:** Same as item 1a on Amendment form
231026-0146000

**20. NAME OF PARTY AUTHORIZING THIS AMENDMENT:** Same as item 9 on Amendment form

20a. ORGANIZATION'S NAME: **BRENT S NELSON LIVING TRUST**

OR 20b. INDIVIDUAL'S SURNAME:
FIRST PERSONAL NAME:
ADDITIONAL NAME(S)/INITIAL(S):    SUFFIX:

Filing office stamp:
MD DEPT. OF ASSESSMENTS & TAXATION
231226-1430000
Date: 12/26/2023
Time: 2:30 PM
Page Count: 2
Debtor Count: 2
Filing Fees: $25.00
Electronic Records Access: $0.00
Total: $25.00
Order ID#: 67277126

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**21. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

21a. ORGANIZATION'S NAME: **THE GEORGIA GAZETTE, LLC**

| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 3754 Highway 17 | Richmond Hill | GA | 31324 | US |

**22. ADDITIONAL DEBTOR'S NAME:** (blank)

**23. ADDITIONAL DEBTOR'S NAME:** (blank)

**24.** ADDITIONAL SECURED PARTY'S NAME or ASSIGNOR SECURED PARTY'S NAME: (blank)

**25.** ADDITIONAL SECURED PARTY'S NAME or ASSIGNOR SECURED PARTY'S NAME: (blank)

**26. MISCELLANEOUS:**
**LAWFUL NOTICE**

# Maryland Department of Assessments and Taxation

Taxpayer Services Division | Business Services

**Search Response**                                                                 **CERTIFIED COPY**

Dated: 10/26/2023 9:51:23 AM

Search Criteria Entered:

**Filing Number Search**

Filing Number1 (UCC1): 231026-0146000
Filing Number2 (UCC1):
Filing Number3 (UCC1):
Filing Number4 (UCC1):
Filing Number5 (UCC1):
Filing Number6 (UCC1):

## STATE OF MARYLAND

I hereby certify that this is a true and complete copy of the

6 page document on file in this office.

Dated: 10/26/2023 9:51:23 AM

**STATE DEPARTMENT OF ASSESSMENTS AND TAXATION**

By: Michael L. Higgs, Director 



MARYLAND STATE DEPARTMENT OF ASSESSMENTS & TAXATION                301 WEST PRESTON STREET, BALTIMORE, MARYLAND 21201-2395

UCC_FNS

# UCC-1

**UCC FINANCING STATEMENT**
**FOLLOW INSTRUCTIONS**

A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)
JANET YELLEN

B. E-MAIL CONTACT AT SUBMITTER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
U.S. SECRETARY OF TREASURY
1500 PENNSYLVANIA AVE. NW
RM 3413
WASHINGTON, DC 20220

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

MD DEPT. OF ASSESSMENTS & TAXATION NS
231026-0146000
Lapse Date: 10/26/2053
Date: 10/26/2023
Time: 1:46 AM
Page Count: 6 Pg
Debtor Count: 1
Filing Fees: $25.00
Electronic Records Access: $0.00
Total: $25.00
Order ID#: 66617062

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name; if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here [ ] and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| BRENT SEBASTIAN NELSON | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 5181 W MOUNTAIN ST | #876 | STONE MOUNTAIN | GA | 30083 3507 | US |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name; if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here [ ] and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Brent S Nelson Living Trust | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 5181 W Mountain St | Suite 876 | Stone Mountain | GA | 30083 3507 | US |

4. COLLATERAL: This financing statement covers the following collateral:
Florida B.C. File #109-69-097440:
Property List "A"

all caps copywritten name "BRENT SEBASTIAN NELSON" in all style derivatives, all rights, accounts, proceeds, coupons, investments, securities accounts, accounts payable/receivable, all financial assets, mutual funds, CUSIP numbers, Symbols, brokerage accounts, FDIC insurance policies, chattel paper, bonds, stocks, interest, enjoyments, commodity trust deposit accounts, contracts and any vessel with connection to collateral...

Valued at $10 Billion troy ounces of pure gold.

See attachment.

5. Check only if applicable and check only one box: Collateral is [X] held in a Trust (see UCC1Ad, item 17 and Instructions)  [ ] being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
[X] Public-Finance Transaction  [ ] Manufactured-Home Transaction  [ ] A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
[X] Agricultural Lien  [ ] Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): [ ] Lessee/Lessor  [ ] Consignee/Consignor  [ ] Seller/Buyer  [X] Bailee/Bailor  [ ] Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
LAWFUL DUE NOTICE

(Rev. 07/01/23)

# UCC FINANCING STATEMENT ADDENDUM    UCC-1Ad
FOLLOW INSTRUCTIONS

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME: **BRENT SEBASTIAN NELSON**

OR 9b. INDIVIDUAL'S SURNAME:

FIRST PERSONAL NAME:

ADDITIONAL NAME(S)/INITIAL(S):   SUFFIX:

MD DEPT. OF ASSESSMENTS & TAXATION   NS
231026-0146000
Date: 10/26/2023
Time: 1:46 AM
Page Count: 6 Pg
Debtor Count: 1
Filing Fees: $25.00
Electronic Records Access: $0.00
Total: $25.00
Order ID#: 66617062

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**10. DEBTOR'S NAME:** Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME:

OR 10b. INDIVIDUAL'S SURNAME:

INDIVIDUAL'S FIRST PERSONAL NAME:

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S):   SUFFIX:

10c. MAILING ADDRESS:   CITY:   STATE:   POSTAL CODE:   COUNTRY:

**11.** [X] ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME: **Secretary Of The U. S. Treasury**

OR 11b. INDIVIDUAL'S SURNAME:   FIRST PERSONAL NAME:   ADDITIONAL NAME(S)/INITIAL(S):   SUFFIX:

11c. MAILING ADDRESS: **1500 PENNSYLVANIA AVE. NW | RM 3413**   CITY: **WASHINGTON**   STATE: **DC**   POSTAL CODE: **20220**   COUNTRY: **US**

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**

See attachment.

**13.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

**14.** This FINANCING STATEMENT:
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

**15.** Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

**16.** Description of real estate:

**17. MISCELLANEOUS:**
**LAWFUL DUE NOTICE**

(Rev. 07/01/23)

# AFFIDAVIT OF OWNERSHIP OF
## CERTIFICATE OF TITLE & REGISTERED SECURITIES
### REG'D NO: ~~[REDACTED]~~

In North America )

} SS

Land of Florida )

*"Equality is Paramount and Mandatory by Law"*

FILED
2023 OCT 23 AM 9:46
CLERK OF SUPERIOR COURT
DEKALB COUNTY GA

[WITH TRUST] *To all whom these presents shall come, Greetings;*

I, <u>Brent Sebastian Nelson</u>, a living and original native american man, Affiant (hereinafter Registered Owner), being duly sworn, declare and state that I am alive, not dead or lost at sea, have reached the age of majority and legally competent and to have firsthand knowledge of the facts stated herein and believe these facts to be true and correct to best of my knowledge. I also depose and declare that I am the Registered Owner of record and holder of the Certificated Security and/or Bond No: 109-69-097440 whose name also appears on the face of the instrument as **BRENT SEBASTIAN NELSON (Trust Estate)** by reference to the Official Certificate of Live Birth (Title), recorded and filed dated **JANUARY 13th, 1970**, in the Vital Statistics Office of the Clerk, County of Broward, Land of Florida, as the same appears to be held for safekeeping by State Registrar of Titles. Said Certificate is a Valid Trust Instrument and further describes the same property that is an active Trust/Estate conveyed unto Affiant (Registered Owner) as set forth in the above-mentioned Certificate of Title and claim to **ALL** financial assets, accounts, registered securities, securities accounts, mutual funds, FDIC insurance policies, commidity accounts, investment accounts, trust deposit accounts, as my claim entitlements, real and other personal property that are associated with said Trust/Estate (whether now owned or hereafter acquired), further described in the attached Form UCC-3 and Addendum under Notice of Claim. Affiant (Registered Owner) is the one legally entitled and duly authorized to act, appoint, assign, convey and/or execute said Trust/Estate no other parties are allowed without consent from Entitlement Holder/Registered Owner.

[AND IT IS SO ORDERED!]

*In Witness Whereof;* said Affiant (Owner) has hereunto set hand and seal

Done this 5th day of September, 2023.

BY: _____Brent-S. Nelson, ben:._____
Entitlement Holder/ Registered Owner

Recording as Deed of Trust

### *WITNESSES:*

I declare that the man **Brent Sebastian Nelson**, is personally known to me (or has proven to me on the basis of convincing evidence) to be the Affiant (Registered Owner) that he signed or acknowledged this "Affidavit of Ownership of Certificate of Title & Registered Securities: in my presence, or he appears to be of sound mind and under no duress or undue pressure and/ or influence.

BY: _Stephen_

PRINT NAME: _Stephen R. Shephard_ DATE: 9-5-23

BY: _Shaunelle Murphy_

PRINT NAME: _Shaunelle Murphy_ DATE 9/5/23

### CERTIFICATE OF ACKNOWLEDGEMENT

On this date the man named above, in their stated capacity, personally appeared before me and acknowledged that this instrument attached hereto was signed as a free and voluntary act and deed for the uses and purpose stated therein.

DATE: _Sept. 5, 2023_ _Katrina Lett_, Notary Public

My Commission Expires: _August 11 2027_

UCC-1 Financing Statement (Public Finance) 2020                                              Page 4 of 6

**Special Deposit**

# Certificate of Title

**ACCEPTED**
By: [signature]

This is to certify that

RE 014 458 895 US

**BRENT S. NELSON LIVING TRUST**

Is the registered owner of

Florida B.C. File # ~~[redacted]~~

"BRENT SEBASTIAN NELSON"

all rights, accounts, proceeds, coupons, investments, securities accounts, accounts payable/receivable, all financial assets, mutual funds, CUSIP numbers, Symbols, brokerage accounts, FDIC insurance policies, chattel paper, bonds, stocks, interest, enjoyments, commodity trust deposit accounts, contracts and any vessel attached...

On this 27th, day of December In the Year 1987

At: BRENT S. NELSON LIVING TRUST

5181 West Mountain Street, Suite 876

Stone Mountain, Georgia  30083-3507

[signature] brent-sebastian: nelson bene.

By: brent-sebastian: nelson,

Beneficiary, Shareholder,

Executor of the Landed Estate

## Your CUSIP Results are as follows:

**BRENT NELSON (BC ▓▓▓▓▓▓▓▓▓▓)**
**Fidelity Government Income Fund**
Symbol:     FVIAX
CUSIP:      31617K782

Inception Date:     10/24/2006
Net Assets:         $3,655,592,000.00 as of 8/3/2023
Portfolio Assets:   $3,655,592,000.00 as of 8/3/2023

### A little about the Fund:

Fidelity Government Income Fund seeks a high level of current income, consistent with preservation of principal by investing in U.S. government securities and repurchase agreements for those securities. The Fund's comparative indices are Bloomberg U.S. Government Bond Index and Bloomberg 75% U.S. Government/25% U.S. MBS Blended Index.

Pay to the order of :brent-sebastian: nelson, Grantor, Beneficiary, Shareholder

By the Entitlement holder : _brent sebastian : nelson_
Done in good faith, with the full faith and CREDIT of The United States, without recourse, All rights and liabilities acknowledged and accepted.

**JURAT**

State - Georgia:
County - Dekalb

Subscribed and sworn to before me, _Katrina Lett_ this _18_ of _Oct_ : 2023:
(Notary)
My commission expires: _August, 11 2027_

_____ Notary Public Written signature

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
75 TED TURNER DRIVE
ATLANTA, GEORGIA 30303

# REGISTRY DEPOSIT INFORMATION FORM

Instructions:  Complete this form and e-file it as an exhibit to your motion for leave to deposit money in the court.

1. **Case Number:**

2. **Case Title:** Brent Sebastian Nelson v Matthew Sayle dba THE GEORGIA GAZETTE LLC

3. **Judge:**

4. **Moving Party:** Brent Sebastian Nelson

5. **Amount of Deposit:** 75 Million USD

6. **Are the funds being deposited as interpleader funds pursuant to 28 U.S.C. § 1335?**     Yes [ ]   No [✓]
   *(Funds deposited as interpleader funds pursuant to 28 U.S.C. § 1335 are subject to mandatory management fees and mandatory tax withholdings. Failure to properly identify interpleader funds prior to depositing them with the Clerk's Office will result in delayed disbursement.)*

I declare under penalty of perjury that the above information is true and correct. Under 28 U.S.C. § 1335, this statement under perjury has the same force and effect as a sworn statement made under oath.

_____          12-26-2023
Attorney or Litigant                                    Date

Rev. 0330017

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

Brent Sebastian Nelson, a man dba
BRENT SEBASTIAN NELSON
Brent Sebastian Nelson Living Trust
    ( Plaintiff),

vs.                                                                      Case No. _____

Matthew Sayle dba
MATTHEW SAYLE dba
THE GEORGIA GAZETTE LLC
& all unknown owners, members and subsidiaries
    (Defendant/s),

**MOTION TO DEPOSIT FUNDS WITH THE COURT AND**
**ORDER TO INVEST IN AN INTEREST BEARING ACCOUNT**

    Pursuant to Rule 67 of the Federal Rules of Civil Procedure, the plaintiff (Brent Sebastian Nelson) moves the Court for an order authorizing the deposit into the Registry of the Court in the amount of $75 Million United States Dollars which represents (i.e. proceeds of certificated security, negotiable instrument, monies in dispute, etc.) .

The Clerk is hereby Ordered to invest the funds in Government Account Series Securities held with the US Treasury, at the prevailing rate of interest of such securities. The initial investment is subject to the collateral provisions of Treasury Circular 176.

The Clerk shall deduct the administrative registry fee, set by the Director of the Administrative Office of the U. S. Courts at ten percent of the interest earned or as indicated based on the amount and time of deposit into the court, without further order of the court. Said fee is authorized by the Judicial Conference of the United States.

Dated this _____ day of _____, 20___.

                                                                        _Brent-Salvatore: Nelson, beneficiary_
                                                                           Brent Sebastian Nelson, (plaintiff)

SO ORDERED: _____

DATED: _____

| Form **W-9**<br>(Rev. October 2018)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer<br>Identification Number and Certification**<br>▶ Go to *www.irs.gov/FormW9* for instructions and the latest information. | Give Form to the requester. Do not send to the IRS. |
|---|---|---|

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

Brent Sebastian Nelson

**2** Business name/disregarded entity name, if different from above

Brent S. Nelson Living Trust

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC  ☐ C Corporation  ☐ S Corporation  ☐ Partnership  ☑ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.

5181 West Mountain Street, Suite 876

**6** City, state, and ZIP code

Stone Mountain, Georgia  30083-3507

Requester's name and address (optional)

**7** List account number(s) here (optional)

### Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number: ___-__-____

or

Employer identification number: 98-6106327

### Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**  Signature of U.S. person ▶ *[signature]*   Date ▶ 11-15-2021

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding, *later.*

Cat. No. 10231X    Form **W-9** (Rev. 10-2018)

**Edward Jones**

> edwardjones.com

REV. AUG 2023  © 2023 EDWARD D. JONES & CO., L.P. ALL RIGHTS RESERVED.

# Wired Funds - Instructions to Edward Jones

Use the following information to wire funds into an Edward Jones account.
This information is **NOT** to be used to set up an ACH (direct deposit or electronic payment).

All **INFORMATION** in **SECTION A** and **B MUST** be included for the funds to be credited to the client's account. Section C is for informational purposes.

## A. Edward Jones Bank Information

| | |
|---|---|
| Bank name: | JP Morgan Chase (This is the bank Edward Jones Receive wires through.) |
| Bank ABA Routing number: | 021000021 |
| Bank Account Name: | Edward Jones |
| Bank Account number: | 700626265 |

- **ALWAYS add the Edward Jones name and this Bank Account Number as the PRIMARY information on the wire. If this is missing, the wire will NOT get to Edward Jones.**

Swift code:   CHASUS33   Include this code **only** if funds are being wired from a foreign country.

## B. Further Credit to Edward Jones Client Information

Client Name:   Brent Nelson

Client Account Number at Edward Jones:   560 - 27335 - 1 - 0

- **ALWAYS add the client's name and account number in the "further credit to" or "additional information". This is SECONDARY INFORMATION. If this is missing, the wire will NOT be credited to the client.**

## C. Bank Contact Information

| | |
|---|---|
| Bank name: | JP Morgan Chase |
| Address: | 4 New York Plaza |
| | New York, NY 10004-2413 |
| Phone number: | 877-242-7372 |
| Outside the U.S. | 713-262-3300 |

Please transfer any principal or interest due to this account!  Thank you kindly!

*[signature: Brent S. Nelson]*

## Statement of Claim

Date: 12-26-2023

Matthew Sayle or other unknown owners through their company THE GEORGIA GAZETTE LLC are administering a private foreign trust without proper consent. When asked to remove our intellectual copy-written property, the owner, Matthew Sayle said "he received our multiple complaints, it was gibberish and that he agrees that Plaintiff should file suit against him and his company." See

https://cdn.thegeorgiagazette.com/wp-content/uploads/2020/11/image-020-16.jpg

https://cdn.thegeorgiagazette.com/wp-content/uploads/2023/05/NELSON-BRENT-SEBASTIAN.jpg

Not only has this breach of trust, copyright infringement caused the Plaintiff who is a natural man, harm, injury, loss, but depression, mental anguish and anxiety as well. Defendant/s have not been granted consent nor jurisdiction to administer this private estate nor it's assets!

Relief sought:

Plaintiff respectfully asks for $25 Million USD from the Defendant/s in punitive damages.

By: _____
Brent-Sebastian: Nelson, beneficiary
5181 W. Mountain St., Suite 876
Stone Mountain, GA 30083-3507
(404) 386-3563

### JURAT

**State: Georgia**
**County: Dekalb**

Subscribed and sworn to before me, Katrina Lett this 26 of Dec : 2023:
(Notary)
My commission expires: Aug. 11 2027

_____ Notary Public Written signature

Seal